UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MIDSTATES, INC. d/b/a )
MIDSTATES GROUP, )
                                      Plaintiff, )
                                        )
v. )   No. 1:16-cv-11323
                                        )
                                        )   **Judge: Robert M. Dow, Jr.**
SOLUTIONS FROM SCIENCE, INC.; and, )
MATTHEW J. HEID, )
                                        )
                        Defendants. )

## MOTION FOR ENTRY OF JUDGMENT

Plaintiff Midstates, Inc. d/b/a Midstates Group ("Midstates"), by its attorneys, Potratz & Associates, P.C., moves this Court pursuant to Fed.R.Civ.P.55(b)(2) to enter judgment against defendants Solutions From Science, Inc. ("Solutions From Science") and Matthew J. Heid ("Heid"). In support of this motion, plaintiff states as follows:

1. Plaintiff Midstates filed its Complaint against defendants Solutions From Science, Inc. and Matthew J. Heid on December 13, 2016. A copy of the Complaint is attached as Exhibit A.

2. On June 15, 2017, Judge Robert M. Dow, Jr. entered an Order of Default against defendants Solutions From Science and Heid. A copy of the Order of Default is attached as Exhibit B.

3. Plaintiff's complaint seeks judgment against Solutions From Science in the amount of $83,515.79, plus Costs. See Affidavit/Verification of Amounts Due And Owing attached as Exhibit C.

1

4. Plaintiff's complaint seeks judgment against Heid in the amount of $138,079.32, which includes "a 1-1/2% service charge per month... interest charges, collection fees, court costs, and attorney's fees," plus Costs. See Affidavit/Verification of Amounts Due And Owing attached as Exhibit C.

5. An Affidavit As To Military Service is attached as Exhibit D.

WHEREFORE, plaintiff Midstates, Inc. d/b/a Midstates Group prays that this Court enter judgment in favor of plaintiff and against defendant Solutions From Science, Inc. in the amount of $83,515.79, plus Costs as awarded by this Court.

FURTHER, plaintiff Midstates, Inc. d/b/a Midstates Group prays that this Court enter judgment in favor of plaintiff and against defendant Matthew J. Heid in the amount of $138,079.32, plus Costs as awarded by this Court.

Midstates, Inc. d/b/a Midstates Group,

By: /s/ William G. Potratz
One Of Its Attorneys

William G. Potratz
Christopher T. Smith
Joseph W. Substalae
Potratz & Associates, P.C.
30 N. LaSalle Street
Suite 3200
Chicago, IL 60602
312/364-9100
312/364-0289 (Fax)
Attorney No. 6181741
File No. 010.16-0642
potratz-law@potratz-law.com